NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  21CR536

Karol J. Chwiesiuk
        (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ■ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Cece White - IL0096
*(Attorney & Bar ID Number)*

Nishay K. Sanan, Esq.
*(Firm Name)*

53 W. Jackson Blvd., Ste. 1424
*(Street Address)*

Chicago, IL 60604
*(City)      (State)      (Zip)*

312-692-0360
*(Telephone Number)*