UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-536 (CKK) |
| v. | : | |
| | : | |
| KAROL J. CHWIESIUK, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Fed. R. Crim. P. 6(e). The government also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the government requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and defense counsel indicated that the motion may be filed as unopposed.

WHEREFORE, the government respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

By: _____
                SEAN P. MURPHY
                Assistant United States Attorney
                D.C. Bar No. 1187821
                Torre Chardon, Ste 1201
                350 Carlos Chardon Ave
                San Juan, PR 00918
                787-766-5656
                sean.murphy@usdoj.gov