# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 21 CR 536 |
| v. ) | |
| ) | Hon. Kollar-Kotelly |
| KAROL J. CHWIESIUK ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Now comes the defendant, Karol J. Chwiesiuk, by and through his attorney, Cece White, and respectfully requests an extension of time for filing pretrial motions. In support, Mr. Chwiesiuk states:

1. Counsel for the defendant represented at the prior status that pretrial motions would be filed on July 18, 2022.

2. The defendant is requesting a three-week extension for the continued review of discovery and to facilitate potential plea discussions between the parties prior to the filing of pretrial motions.

3. The requested extension would result in pretrial motions being due on August 8, 2022.

4. The government does not object to this extension.

5. The defendant does not object to the continued exclusion of time.

For these reasons, the defendant respectfully requests that his deadline for filing pretrial motions be extended in accordance with the above proposed schedule.

**Cece White**  
**Attorney for Defendant**  
Nishay K. Sanan, Esq.  
53 W. Jackson Blvd, Ste. 1424  
Chicago, IL 60604  
(312) 692-0360  
cece@sananlaw.com

Respectfully Submitted,

/s/ Cece White

1