# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-536 (CKK) |
| : | |
| KAROL J. CHWIESIUK, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBMISSION OF JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order, the parties hereby jointly submit the attached proposed Scheduling Order. The parties further proposed that this Court schedule time for a five-day jury trial beginning Monday, May 1, 2023. The parties further propose that in the time between July 18, 2022, and May 1, 2023, the Court schedule Status Hearings at 90-day intervals, specifically Monday, October 16, 2022; Monday, January 16, 2023; with a Pretrial Hearing on Monday, April 17, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR   00918
787-766-5656
sean.murphy@usdoj.gov