UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-536 (CKK) |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-281 |
| | : | 21-MJ-467 |
| KAROL J. CHWIESIUK, | : | |
| | : | VIOLATIONS: |
| AGNIESZKA CHWIESIUK, | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering or Remaining in a Restricted Building or Grounds) |
| Defendants. | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly or Disruptive Conduct in a Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(C)(i) |
| | : | (Entering or Remaining in a Room Designated for the Use of a Member of Congress) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **KAROL J. CHWIESIUK** and **AGNIESZKA CHWIESIUK** did knowingly enter or remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **KAROL J. CHWIESIUK** and **AGNIESZKA CHWIESIUK** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly or disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly or Disruptive Conduct in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **KAROL J. CHWIESIUK**, did willfully and knowingly and with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of either House of Congress or a Member, committee, office, or employee of Congress, or either House of Congress.

(**Entering or Remaining in a Room Designated for the Use of a Member of Congress**, in violation of 40 U.S.C. § 5104(e)(2)(C)(i))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **KAROL J. CHWIESIUK** and **AGNIESZKA CHWIESIUK** did willfully and knowingly engage in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **KAROL J. CHWIESIUK** and **AGNIESZKA CHWIESIUK** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(G))

Respectfully submitted,

MATTHEY M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *[signature]*

Sean P. Murphy
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov