UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 21-CR-536 (CKK) |
| [1] KAROL J. CHWIESIUK, : | |
| [2] AGNIESZKA CHWIESIUK, : | |
| : | |
| Defendants. : | |

ORDER

Upon consideration of the United States' Unopposed Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That the Chicago Police Department ("CPD") be required to comply with the proposed trial subpoenas by producing records as described in Attachment A to the subpoena, a copy of which was appended to the government's motion;

2. That CPD, in lieu of appearing in court with the requested records, may provide them directly to the filter team established by U.S. Attorney's Office for the District of Columbia before April 28, 2023, at 2:30 p.m.;

3. That filter team shall review the materials and provide copies of all appropriate materials to trial counsel for the United States; and

4. Trial counsel shall produce any subpoena results received promptly to the defendants through the discovery process after receiving the materials from the filter team.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: