Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.    Criminal No.    21-536    (ACR)

KAROL J. CHWIESIUK- 1
AGNIESZKA CHWIESIUK- 2

Category    A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/19/2023__ from __Judge Colleen Kollar-Kotelly__ to __Judge Ana C. Reyes__ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Colleen Kollar-Kotelly   & Courtroom Deputy
     Judge Ana C. Reyes             & Courtroom Deputy
     U.S. Attorney's Office – Judiciary Square Building, Room 5133
     Statistical Clerk