UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-536 (ACR) |
| : | |
| KAROL J. CHWIESIUK, : | |
| AGNIESZKA CHWIESIUK, : | |
| : | |
| Defendants. : | |

NOTICE OF SUBMISSION OF JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order, the parties hereby jointly submit the attached proposed Scheduling Order. The parties further propose that this Court schedule time for a five-day jury trial beginning Monday, August 7, 2023, with a Pretrial Hearing on Monday, July 10, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/
SEAN P. MURPHY
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR   00918
787-766-5656
sean.murphy@usdoj.gov

/s/
Anna Krasinski
Assistant U.S. Attorney
anna.krasinski@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KAROL J. CHWIESIUK,
AGNIESZKA CHWIESIUK,

Defendants.

Criminal No. 21-CR-536 (ACR)

PRETRIAL SCHEDULING ORDER
(April 28, 2023)

*Proposed Deadlines*

Joint notice of stipulations                                   Fri., July 28, 2023

*Giglio* and *Jencks* material                                 Wed., Aug. 2, 2023

*Voir Dire* and Jury Instructions                              Fri., July 28, 2023

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits           Mon., July 31, 2023
Defendant's witness list, exhibit list and exhibits            Mon., July 31, 2023

**SO ORDERED.**

_____
ANA C. REYES
United States District Judge