UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :   CASE NO. 21-CR-536 (ACR)
v.                               :
                                 :
KAROL J. CHWIESIUK,              :
                                 :
        Defendant.               :

## VERDICT FORM

**Count One:** Entering or Remaining in a Restricted Building or Grounds

✓
_____          _____
Guilty                           Not Guilty

**Count Two:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds

✓
_____          _____
Guilty                           Not Guilty

**Count Three:** Entering or Remaining in Certain Rooms in the Capitol Building

                                 ✓
_____          _____
Guilty                           Not Guilty

**Count Four:** Disorderly or Disruptive Conduct in a Capitol Building

✓
_____          _____
Guilty                           Not Guilty

**Count Five:** Parading, Demonstrating, or Picketing in a Capitol Building

✓
_____          _____
Guilty                           Not Guilty

Dated this 8/11 day of Friday, 2023

                                 _____
                                 FOREPERSON