UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21 CR 536 |
| | ) | |
| KAROL J. CHWIESIUK | ) | Hon. Judge Reyes |
| | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW RETURN OF FOID CARD AND POSSESS A FIREARM**

NOW COMES, Defendant, KAROL J. CHWIESIUK, by and through his counsel, Nishay K. Sanan, and respectfully moves this Honorable Court to modify the conditions of his release. In support, Mr. Chwiesiuk states as follows:

1. On August 11, 2023, after the jury trial in this matter, this Court inquired about the return of Mr. Chwiesiuk's FOID card and firearm.

2. Mr. Chwiesiuk spoke to pre-trial services in Northern District of Illinois, and came to learn that Pre-Trial Services is still in the possession of his FOID card and that it was not turned over to the State Police

3. Mr. Chwiesiuk was informed during the same conversation that Pre-Trial services would need an Order from this Court indicating that it was acceptable to return the FOID card and allow Mr. Chwiesiuk to carry a firearm in and furtherance of his employment.

4. As the Court is aware, a condition of continued employment with the Chicago Police Department, Mr. Chwiesiuk is nonetheless required to possess a valid FOID card while on duty, regardless of whether he is currently in possession of a firearm.

5. There has been no finding that he is a danger to the community and considering the return of his FOID will create no additional threat.

1

Wherefore, the Defendant, Karol Chwiesiuk, respectfully requests that this Court enter an order modifying his conditions of release to allow him to possess a FOID while on release.

Respectfully submitted,

*/s/ Nishay Sanan*

_____
Nishay K. Sanan, Esq.

Nishay K. Sanan, Esq.
D.C. Bar No.: IL0083
53 W. Jackson Blvd, Suite 1424
Chicago, IL 60604
312-692-0360
nsanan@aol.com