AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Karol J. Chwiesiuk, et al. | ) Case No. 21-CR-00536 (ACR) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:  GiveSendGo
     8 The Green, Suite A
     Dover, DE  19901
     Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W,<br>Washington, D.C. 20001 | Courtroom No.: 28A, 6th Floor Annex |
|---|---|---|
| | | Date and Time: Friday, December 8, 2023 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date: November 8, 2023

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America , who requests this subpoena, are:

Anna Z. Krasinski, Attorney (Detailed to USAO-DC)
United States Attorney's Office for the District of Columbia
601 D Street N.W.
Washington, DC  20530
Phone: 603-230-2246
Email: anna.krasinski@usdoj.gov

Subpoena #TR20231106109611
USAO #2021R02139
In re PVO:  18 U.S.C.§1752a1
Preparer:  MMACECHK

**ATTACHMENT**
**SUBPOENA TO GIVESENDGO LLC, DATED NOVEMBER 8, 2023**
*U.S. v. Karol J Chwiesiuk*
**Crim. No. 21-CR-00536 (ACR)**
**Trial Subpoena No. TR20231106109611**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below:

**GiveSendGo Account: January 6 Legal Defense Fund for Agnes**
**Agnes Chwiesiuk,**
**Agnieszka Chwiesiuk,**

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses) and registration data;

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses);

8. Means and source of payments for such service (including any credit card or bank account number) and billing records; and

9. Description of purpose of fundraising by user.

**Please deliver all records via email or law enforcement portal to:**

Anna Krasinski (anna.krasinski@usdoj.gov and 603-230-2246)
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**