# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 21-CR-536 (ACR) |
| [1] KAROL J. CHWIESIUK, : | |
| [2] AGNIESZKA CHWIESIUK, : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the United States' Unopposed Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That givesendgo.com be required to comply with the proposed trial subpoena by producing records as described in Attachment A to the subpoena, a copy of which was appended to the government's motion;

2. That givesendgo.com, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia before December 8, 2023, at 9:00 a.m.;

3. Trial counsel shall produce any subpoena results received promptly to the defendants and the probation office through the discovery process after receiving the materials from givesendgo.com.

**SO ORDERED.**

_____
ANA C. REYES
United States District Judge

Date: